Matthew McNease
Acting Legal Officer
Matthew Knoblauch
Yosemite Legal Intern
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN PATRICK DAY,<br><br>Defendant. | DOCKET NO. 6:14-mj-00074-MJS<br><br>**STATEMENT OF WITHDRAWAL OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

     Defendant, Sean Patrick DAY, was arrested June 28, 2014 in Yosemite National Park and charged with possession of a controlled substance, driving with a suspended license, and possession of an open container of alcohol inside of a vehicle, a violation of Title 36 Code of Federal Regulations. DAY plead guilty to the charges of possession of a controlled substance and driving with a suspended license on August 20, 2014, and was sentenced to pay a $200 fine, complete 60 hours of Community Service within 11 months, obey all laws, notify the Government and court of any violations, and serve twelve months unsupervised probation.  A Review Hearing was set by the Government on July 21, 2015. The Government filed a Notice of Probation Violation because DAY failed to submit proof that he completed Community Service and paid his fine. On July 17, 2015, the Yosemite Legal Office received proof that DAY completed his Community

1  Service and paid his fine. The Government withdraws its request for a Probation
2  Violation in this matter.

4  Dated: July 20, 2015 ` By: /s/ Matthew Knoblauch
5  Matthew Knoblauch
   Yosemite Legal Intern
6  Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

The Statement of alleged Probation Violation is withdrawn and the Review Hearing is taken off calendar.

IT IS SO ORDERED.

Dated:  July 26, 2015                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE